UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| ITT EDUCATIONAL SERVICES, INC., *et al.*,[1] ) | Case No. 16-07207-JMC-7A |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | |
| TEXAS HIGHER EDUCATION ) | |
| COORDINATING BOARD ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ITT EDUCATION SERVICES, INC., *et al.*, ) | |
| ) | Adversary No. 17-50080 |
| - and - ) | |
| ) | |
| DEBORAH J. CARUSO, SOLELY IN HER ) | |
| CAPACITY AS CHAPTER 7 TRUSTEE, ) | |
| ) | |
| Defendants. ) | |

**JOINT STIPULATION OF DISMISSAL
OF ADVERSARY PROCEEDING WITH PREJUDICE**

The plaintiff, Texas Higher Education Coordinating Board, and the defendant, Deborah J. Caruso, the chapter 7 trustee in the above-captioned cases of ITT Educational Services, Inc., *et al.* (collectively, the "Debtors"), on her own behalf solely in her capacity as chapter 7 trustee and on behalf of the Debtors, each by their respective counsel, in accordance with the *Order (a) Approving a Settlement between the Trustee and the Mediating States, (b) Approving a Settlement between the Trustee and the Maryland Higher Education Commission and the Board*

---

[1]  The debtors in these cases, along with the last four digits of their respective federal tax identification numbers, are ITT Educational Services, Inc. [1311]; ESI Service Corp. [2117]; and Daniel Webster College, Inc. [5980].

*of Governors of the University of North Carolina, (c) Approving the Destruction of Documents, and (d) Granting Related Relief* [Case No. 16-07207-JMC-7A, Doc 4263], and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable in this adversary proceeding pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure, hereby stipulate to the dismissal of this adversary proceeding with prejudice.

Dated: November 13, 2023                                    Respectfully submitted,

| | |
|---|---|
| */s/Layla Milligan* | */s/Meredith R. Theisen* |
| Layla Milligan, Esq. | Meredith R. Theisen, Esq. |
| **Office of the Texas Attorney General** | **Rubin & Levin, P.C.** |
| Bankruptcy & Collections Division | 135 N. Pennsylvania Street, Suite 1400 |
| P.O. Box 12548 | Indianapolis, IN 46204 |
| Austin, TX 78711 | Tel: (317) 634-0300 |
| Tel: (512) 475-4297 | mtheisen@rubin-levin.net |
| layla.milligan@oag.texas.gov | |
| | |
| *Counsel for the Texas Higher Education Coordinating Board* | *Counsel for Deborah J. Caruso, Trustee* |

## CERTIFICATE OF SERVICE

      I hereby certify that on November 13, 2023, a copy of the foregoing *Joint Stipulation of Dismissal of Adversary Proceeding with Prejudice* was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System. Party/parties may access this filing through the Court's system.

Ashley Flynn Bartram    ashley.bartram@oag.texas.gov, elizabeth.martin@oag.texas.gov
Hal F Morris    hal.morris@oag.texas.gov
U.S. Trustee    ustpregion10.in.ecf@usdoj.gov

      I further certify that on November 13, 2023, a copy of the foregoing *Joint Stipulation of Dismissal of Adversary Proceeding with Prejudice* was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

None.

                                                                 */s/ Meredith R. Theisen*
                                                                 Meredith R. Theisen